**Kevin T. DELANEY, Petitioner,**

v.

**DEPARTMENT OF TRANSPORTATION, Respondent.**

No. 2008–3312.

United States Court of Appeals, Federal Circuit.

April 3, 2009.

David S. Feather, Law Offices of David S. Feather, of Garden City, NY, argued for petitioner.

Elizabeth A. Speck, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Assistant Attorney General, Jeanne E. Davidson, Director, and Deborah A. Bynum, Assistant Director. Of counsel was Michael J. Dierberg, Trial Attorney.

MAYER, PLAGER, and BRYSON, Circuit Judges.

### Judgement

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.